UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **CHANCE DWAYNE BEROID** | **CASE NO. 2:21-CV-00516** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CHRISTOPHER LAFLEUR ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 14] is **DENIED** as moot.

Monroe, Louisiana, this 8th day of February 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE