UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **CHANCE DWAYNE BEROID** | **CASE NO.  2:21-CV-00516** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CHRISTOPHER LAFLEUR ET AL** | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

The Report and Recommendation [Doc. No. 43] of the Magistrate Judge having been considered, together with the written objections [Doc. No. 46] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss [Doc. No. 18] is **GRANTED**, and Plaintiff's claims under 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims, and Plaintiff's state law claims are hereby **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 18th day of July 2022.

_____
Terry A. Doughty
United States District Judge